UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY FRACASSE and K. LEE BROWN, Individually and on behalf of themselves and all other similarly situated<br>    Plaintiffs<br><br>v.<br><br>PEOPLE'S UNITED BANK,<br>    Defendant | : : : : : : : : : : : : : | 3:12-CV-00670 (JCH)<br><br><br><br>January 21, 2014 |

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, hereby submit their Joint Status Report per the Court's July 23, 2012 Scheduling Order. The last Joint Status Report was filed on November 12, 2013 (Dkt. 113).

**I.    Procedural History**

Plaintiffs Tracy Fracasse and K. Lee Brown ("Plaintiffs"), on behalf of themselves and all others similarly situated, filed the complaint in this matter on May 4, 2012, against Defendant People's United Bank ("Defendant"). Plaintiffs allege that they were misclassified as exempt employees under the Federal Labor Standards Act, 29 U.S.C. § 213, and/or the Connecticut Minimum Wage Act, General Statutes § 31-76i. Plaintiffs requested a trial by jury. Defendant denies Plaintiffs' claims and filed its answer on June 29, 2012.

This Court denied Rule 23 class certification of the Connecticut wage claims. *See* Dkt. 57. This Court granted conditional certification of the FLSA collective at the notice stage. *See id.* at 4-6. After notice was issued, 16 individuals opted into the action. There

are 18 total Plaintiffs in this action – two named Plaintiffs and 16 opt-in Plaintiffs. The opt-in period is closed.

## II. Discovery

The Parties have conducted and continue to conduct discovery on the individual, named plaintiff claims and the claims regarding the opt-in Plaintiffs. Defendant served a Third Set of Requests for Production to Plaintiff Fracasse on July 10, 2013. Plaintiff Fracasse objected to both requests on August 8, 2013. Defendant filed a motion to compel on September 9, 2013. (Dkt. 93.) This Court referred the discovery dispute to Magistrate Judge Fitzsimmons. (Dkt. 96.) Magistrate Fitzsimmons scheduled argument on the motion on December 2, 2012. (Dkt. 111.) Magistrate Fitzsimmons granted Defendant's motion to compel. (Dkt. 113.) Plaintiffs have not served supplemental responses. Plaintiffs served discovery, including requests for production and interrogatories, on behalf of the opt-in plaintiffs on September 11, 2013. After a 30-day extension, Defendant served responses and objections to this discovery on November 1, 2013.

The Parties intend to complete additional discovery, including depositions, if the matter is not resolved at the scheduled court mediation with Magistrate Judge Garfinkel. For example, Defendant intends to take the depositions of all sixteen (16) of the current opt-in Plaintiffs. Plaintiffs intend to conduct approximately five (5) depositions of corporate witnesses.

This Court granted the Parties' request to extend the case schedule in light of the December 5, 2013 settlement conference with Magistrate Judge Garfinkel. (Dkt. 109.) According to the current scheduling order, the discovery deadline is May 2, 2014.

### III. Anticipated Motions

There are no pending motions. After conducting discovery, Defendant may file a Motion for Summary Judgment. Defendant also anticipates filing a motion for decertification of the FLSA collective. According to the current scheduling order, Dispositive Motions and Motions for Decertification are due by June 17, 2014.

### IV. Settlement Discussions

The Court, on September 26, 2013, granted the Parties' request for a referral to Magistrate Judge William I. Garfinkel for the purposes of mediation to determine whether the Parties can resolve this matter. (Doc. 101.) As reported by Magistrate Garfinkel, the settlement conference did not result in a resolution of the matter. (Dkt. 117.) The mediation was productive, and the Parties continue to discuss in good-faith whether the matter can be resolved through settlement. The Parties intend to schedule a second mediation day with Magistrate Judge William I. Garfinkel as soon as possible.

PLAINTIFFS, Tracy Fracasse and K. Lee Brown, on behalf of themselves and all others similarly situated,

By:   /s/ Kevin C. Shea
William H. Clendenen, Jr. (ct09772)
Kevin C. Shea (ct13781)
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06502
(203) 787-1183
(203) 787-2847 (facsimile)

R. Bartley Halloran
Kaitlin Halloran
Halloran & Halloran
City Place II – 15th Floor

185 Asylum Street
Hartford, CT 06103
(860) 726-7810
(860) 726-7813 (facsimile)


DEFENDANT,
PEOPLE'S UNITED BANK


By:    /s/ *David R. Golder*
William J. Anthony (ct 17865)
David R. Golder (ct 27941)
Jackson Lewis LLP
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
anthonyw@jacksonlewis.com
golderd@jacksonlewis.com



4827-3543-2984, v.  1