Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____   RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____

vs

_____                    Plaintiff's Counsel

_____

_____                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....#128 _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____